STATE OF NORTH CAROLINA v. MARTHA JANE SNUGGS

No. 7419SC533

(Filed 3 July 1974)

APPEAL by defendant from *Lupton, Judge,* at 4 February 1974 Session of RANDOLPH Superior Court.

Heard in the Court of Appeals 21 June 1974.

Defendant was charged in a bill of indictment in proper form with the felony of murder. She was placed on trial for second-degree murder in the slaying of Rosada Coble on 11 November 1973. The defendant entered a plea of not guilty. The jury returned a verdict of guilty of second-degree murder, and

State v. Snuggs

from a sentence of not less than fourteen nor more than twenty years in the State Department of Corrections, the defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Norman L. Sloan for the State.*

*Bell, Ogburn & Redding by Deane F. Bell for defendant appellant.*

CAMPBELL, Judge.

This appeal presents only the face of the record for our review. We have carefully reviewed the record and find no prejudicial error.

No error.

Judges BRITT and PARKER concur.